EMILY EVERETT                    *        NO. 2022-CA-0539

VERSUS                           *

                                          COURT OF APPEAL

AIR PRODUCTS AND                 *

CHEMICALS, INC., ET AL                    FOURTH CIRCUIT

                                 *

                                          STATE OF LOUISIANA

                         * * * * * * *

CONSOLIDATED WITH:                        CONSOLIDATED WITH:

EMILY EVERETT                             NO. 2022-CA-0540

VERSUS

AIR PRODUCTS AND
CHEMICALS, INC., ET AL

CONSOLIDATED WITH:                        CONSOLIDATED WITH:

EMILY EVERETT                             NO. 2022-CA-0541

VERSUS

AIR PRODUCTS AND
CHEMICALS, INC., ET AL


APPEAL FROM
CIVIL DISTRICT COURT, ORLEANS PARISH
NO. 2018-05845, DIVISION "G-11"
Honorable Robin M. Giarrusso, Judge
* * * * * *
**Chief Judge Terri F. Love**
* * * * * *

(Court composed of Chief Judge Terri F. Love, Judge Rosemary Ledet, Judge Pro
Tempore James F. McKay, III)


Lewis Owens Unglesby
Lance C. Unglesby
Jamie F. Gontarek
UNGLESBY LAW FIRM
246 Napoleon Street
Baton Rouge, LA 70802


Thomas More Flanagan

Anders F. Holmgren
FLANAGAN PARTNERS, LLP
201 St. Charles Avenue
Suite 3300
New Orleans, LA 70170

Lindsey A. Cheek
THE CHEEK LAW FIRM
650 Poydras Street
Suite 2310
New Orleans, LA 70130

COUNSEL FOR PLAINTIFFS/APPELLANTS

Douglas Richard Elliott
Jamie H. Baglio
H. Philip Radecker, Jr.
McGready Lewis Richeson
Milele N. St. Julien
Francis Xavier deBlanc, III
PUGH ACCARO HAAS RADECKER & CAREY, LLC
1100 Poydras Street
Suite 3300
New Orleans, LA 70163

COUNSEL FOR APPELLEE

Lawrence G. Pugh, III
PUGH ACCARDO HAAS, RADECKER & CAREY, LLC
1100 Poydras Street, Suite 3600
New Orleans, LA 70163

John J. Hainkel, III
Kelly L. Long
Angela M. Bowlin
Kelsey A. Eagan
Magali A. Puente-Martin
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163

Mary S. Johnson
Kimberly Wicker Jones
JOHNSON GRAY MCNAMARA, LLC
21357 Marion Lane
Suite 300
Mandeville, LA 70471

S. Suzanne Mahoney
Nichole M. Gray
JOHNSON GRAY McNAMARA, LLC
650 Poydras Street
Suite 1201
New Orleans, LA 70130

Michael R. Denton
BERNARD, CASSISA, ELLIOTT & DAVIS
3838 N. Causeway Blvd.
Suite 3050
Metairie, LA 70002

Timothy William Hassinger
GALLOWAY JOHNSON TOMPKINS BURR & SMITH
701 Poydras Street
40th Floor
New Orleans, LA 70139

Glen E. Mercer
Kourtney T. French
SALLEY, HITE, MERCER & RESOR, LLC
365 Canal Street
Suite 1710
New Orleans, LA 70130

Kelly B. Becker
Kathryn Z. Gonski
Mark R. Deethardt
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099

COUNSEL FOR DEFENDANTS/APPELLEES

**APPEAL DISMISSED AS TO RILEY POWER, INC.**
**SEPTEMBER 16, 2022**

This is an asbestos action. Plaintiffs/Appellants, Paula Everett and William Everett, Jr., individually and as representatives of the decedent, Emily Everett ("Plaintiffs"), lodged an appeal from two May 4, 2022 judgments of the trial court. The first judgment granted summary judgment in favor of Defendants/Appellees, Union Carbide Corporation ("Union Carbide"), Foster Wheeler LLC, and Riley Power, Inc. ("Riley Power"), dismissing all claims of Plaintiffs. The second judgment granted summary judgment and dismissed all of Plaintiffs' claims against defendants, Level 3 Holdings, Inc., f/k/a Whitney Holdings, Inc., f/k//a Peter Kiewit Sons Co.

On appeal, Plaintiffs and Riley Power filed a Joint Motion to Dismiss Appeal as to Riley Power on September 13, 2022. For the reasons that follow, we grant the motion to dismiss Plaintiffs' appeal as to Riley Power, reserving unto Plaintiffs the right to proceed with their appeals as to any other parties not dismissed, including Foster Wheeler, LLC ("Foster Wheeler') and Level 3

Holdings, Inc., f/k/a Whitney Holdings, Inc., f/k/a Peter Kiewit Sons ("Peter Kiewit").[1]

## FACTUAL AND PROCEDURAL HISTORY

The decedent, Emily Everett, was the spouse of a worker who was exposed to asbestos. Decades later, Mrs. Everett contracted malignant mesothelioma and filed suit against numerous parties, including Union Carbide, Riley Power, Foster Wheeler, and Level 3 Holdings. Mrs. Everett died a year after her diagnosis. Her children, Paula Everett and William Everett, Jr., were substituted as party plaintiffs.

Defendants, Union Carbide, Foster Wheeler, and Riley Power, moved for summary judgment, seeking relief on the grounds that Plaintiffs lacked evidence of causation to show that Mrs. Everett's mesothelioma was related to their specific products. On the day before the summary judgment hearing, Peter Kiewit moved to join Union Carbide's motion. At the summary judgment hearing, the trial court determined that Plaintiffs had failed to present sufficient evidence of causation to defeat summary judgment and granted the defendants' motion for summary judgment. Over Plaintiffs' objections, the trial court also signed a judgment granting Peter Kiewit's motion to join and dismissed Peter Kiewit with prejudice.

Plaintiffs' motion for a new trial was denied by the trial court. Plaintiffs timely filed an appeal of the judgments.

---

[1] Plaintiffs and Union Carbide also filed a Joint Motion to Dismiss Appeal as to Union Carbide. This Court granted the motion and ordered Plaintiffs' appeal dismissed as to Union Carbide. *See Everett v. Air Products and Chemicals, Inc. et al* (La. App. 4 Cir. 9/8/2022).

## DISCUSSION

Following the lodging of the record on appeal, Plaintiffs and Riley Power filed a Joint Motion to Dismiss Appeal as to Riley Power. Considering the joint motion to dismiss appeal, we grant the motion and order the dismissal of Plaintiffs' appeal as to Riley Power. We further find that Plaintiffs' appeals with respect to any other party and/or any other Docket Number (including as to Foster Wheeler and Peter Kiewit in Docket No. 2022-CA-0539, Docket No. 2022-CA-0540, and Docket No. 2022-CA-0541) are not impacted by the joint motion to dismiss Riley Power and order that the appeals not specifically dismissed remain pending.

## APPEAL DISMISSED AS TO RILEY POWER, INC.